IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.  22-cr-00074-WJM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

DONALD RENNER,

    Defendant.

**INDICTMENT**

The Grand Jury charges:

## COUNT 1

On or about July 16, 2021, in the State and District of Colorado, the defendant, Donald Renner, maliciously damaged, destroyed, and attempted to damage or destroy by means of fire any personal and real property, that is, the Moffat Post Office, located at 17363 Highway 17, Moffat, Colorado 81143, in whole and in part owned, possessed by or leased to the United States Postal Service, an agency of the United States.

All in violation of Title 18, United States Code, Section 844(f)(1).

A TRUE BILL:

<u>Ink signature on file in Clerk's Office</u>
FOREPERSON

COLE FINEGAN
United States Attorney

By: <u>s/Albert Buchman</u>
Albert Buchman
Assistant U.S. Attorney
U.S. Attorney's Office
1801 California St., Ste. 1600
Denver, CO 80202
Telephone: 303-454-0200
Fax:  303-454-0406
E-mail:  Al.Buchman@usdoj.gov
Attorney for Government