| | |
|---|---|
| <u>DEFENDANT:</u> | Donald Renner |
| <u>AGE/YOB:</u> | 1950 |
| <u>COMPLAINT FILED?</u> | _____ Yes    ___x____ No<br><br>If Yes, MAGISTRATE CASE NUMBER_____ |
| <u>HAS DEFENDANT BEEN ARRESTED ON COMPLAINT?</u> | __ Yes    _x_ No |
| <u>OFFENSE(S):</u><br><u>LOCATION OF OFFENSE:</u> | 18 U.S.C. § 844, Arson of Federal Property<br>Saguache County, Colorado |
| <u>PENALTY:</u> | <u>Count 1</u>: NLT 5 years imprisonment, NMT 20 years imprisonment, $250,000 fine, or both; NMT 3 years supervised release; $100 Special Assessment. |
| <u>AGENT:</u> | Special Agent Marc Wood<br>Bureau of Alcohol, Tobacco, Firearms and Explosives |
| <u>AUTHORIZED BY:</u> | Albert Buchman<br>Assistant U.S. Attorney |

<u>ESTIMATED TIME OF TRIAL</u>:

 x  five days or less; ___ over five days

<u>THE GOVERNMENT</u>

__ will seek detention in this case based on 18 U.S.C. § 3142(f)(2)

The statutory presumption of detention is *not* applicable to this defendant.