AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

District of Colorado

FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO

2022 MAR 16, AM 8: 32

JEFFREY P. COLWELL
CLERK

BY_____DEP. CLK

| | |
|---|---|
| United States of America | ) |
| v. | ) Case No.   22-cr-00074-WJM |
| Donald Renner, | ) |
| | ) |
| | ) |
| | ) |
| _____ | ) |
| *Defendant* | |

## ARREST WARRANT

To:      Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*    Donald Renner _____ ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment       ☐ Superseding Indictment       ☐ Information       ☐ Superseding Information       ☐ Complaint

☐ Probation Violation Petition       ☐ Supervised Release Violation Petition       ☐ Violation Notice       ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 844, Arson of Federal Property

Date:    02/24/2022 _____                                    s/T. Vo, Deputy Clerk _____
                                                                 *Issuing officer's signature*

City and state:    Denver, Colorado _____              Jeffrey P. Colwell, Clerk of Court _____
                                                                 *Printed name and title*

---

| **Return** |
|---|
| This warrant was received on *(date)*  February 25, 2022 , and the person was arrested on *(date)*  3/15/2022 at *(city and state)*   Denver, Colorado . |
| Date:  March 15, 2022 _____                           _____ <br> *Arresting officer's signature* <br><br> Luis Saenz, United States Postal Inspector <br> *Printed name and title* |