IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 22-cr-00074-WJM

UNITED STATES OF AMERICA,

       Plaintiff,

v.

**DONALD RENNER,**

       **Defendant.**

## NOTICE OF DISPOSITION

       MR. DONALD RENNER, through counsel, Timothy P. O'Hara, Assistant Federal Public Defender, hereby notifies this Honorable Court that a disposition has been reached in this case with the government.  The parties are requesting permission to contact the Court to schedule a Change of Plea Hearing.

       Respectfully submitted,

       VIRGINIA L. GRADY
       Federal Public Defender

       s/ *Timothy P. O'Hara*
       TIMOTHY P. O'HARA
       Assistant Federal Public Defender
       633 Seventeenth Street, Suite 1000
       Denver, Colorado  80202
       Telephone:  (303) 294-7002
       FAX:  (303) 294-1192
       Email:  timothy_ohara@fd.org
       Attorney for Defendant

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on August 10, 2022, I filed the foregoing:

**NOTICE OF DISPOSITION**

with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following e-mail address:

    Albert C. Buchman
    Assistant U.S. Attorney
    E-mail:  al.buchman@usdoj.gov

    I hereby certify that I have mailed or served the document or paper to the following participant in the manner (mail, hand-delivery, etc.) indicated next to the participant's name:

    Donald Renner (via U.S. mail)

    s/ *Timothy P. O'Hara*
    TIMOTHY P. O'HARA
    Assistant Federal Public Defender
    633 Seventeenth Street, Suite 1000
    Denver, Colorado  80202
    Telephone:  (303) 294-7002
    FAX:  (303) 294-1192
    Email:  timothy_ohara@fd.org
    Attorney for Defendant