**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Case No. 22-cr-00074-WJM

UNITED STATES OF AMERICA,

      Plaintiff,

v.

DONALD ALBERT RENNER,

      Defendant.

---

## INFORMATION

---

The United States Attorney charges:

### COUNT 1

On or about July 16, 2021, in the State and District of Colorado, the defendant, DONALD ALBERT RENNER, willfully and by means of fire did injure and commit a depredation against property of the United States and of any department or agency thereof, specifically, the Moffat Post Office, located at 17363 Highway 17, Moffat, Colorado 81143, and the resulting damage exceeded $1,000.

All in violation of Title 18, United States Code, Section 1361.

COLE FINEGAN
United States Attorney

By: _____
Albert Buchman
Assistant U.S. Attorney
U.S. Attorney's Office

1801 California St., Ste. 1600
Denver, CO 80202
Telephone: 303-454-0228
Fax:  303-454-0406
E-mail:  al.buchman@usdoj.gov
Attorney for Government